UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| DONALD M. BURTON<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant(s). | Case No. 10-CV-1279 DAD<br><br><br>ORDER |

This matter came before the court on petition by attorney for plaintiff, requesting additional time to serve process. Having considered the declaration of plaintiff's attorney, the court finds that good cause exists to grant additional time for service. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 13, 2010 petition for extension of time (Doc. No. 9) is granted; and

2. The United States Marshal is directed to serve all process without prepayment of costs no later than TWENTY (20) days from the date on which this order is filed.

DATED: August 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\burton1279.ord.extsvc