1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DONALD M. BURTON,
11           Plaintiff,                    No. CIV S-10-1279 DAD
12       v.
13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,      ORDER TO SHOW CAUSE
14
             Defendant.
15   _____/
16           On May 26, 2010, the court issued an Order Re Consent or Request for
17   Reassignment, accompanied by an appropriate form.  All parties were required to complete and
18   file a copy of the form within 90 days.  Although the 90-day period has expired, and defendant
19   has filed a completed form, plaintiff has not yet filed the required form.
20           IT IS ORDERED that:
21           1.  Plaintiff shall show good cause in writing, within fourteen days after this order
22   is filed, for failing to file a consent or request for reassignment form.  Prompt filing of a
23   completed form will be deemed full compliance with this order.
24   /////
25   /////
26   /////

                                              1

1  2. Plaintiff's second request for extension of time for service of process (Doc.
2 No. 12) is granted, and service of process effected on September 29, 2010 is deemed timely.
3 DATED: December 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
burton1279.osc.form