BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN
Special Assistant United States Attorney
    Social Security Administration, Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. BURTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:10-cv-01279-DAD<br><br>DEFENDANT'S NOTICE OF WITHDRAWAL; PARTIES' JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S PETITION FOR APPROVAL OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)(1) AND ORDER |

Defendant hereby notifies the Court that her motion to stay (Dkt. # 33) is withdraw in light of the reinstatement of appropriations for executive branch agencies on October 17, 2013. Nevertheless, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of the lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. For this reason, the parties jointly stipulate to an extension of time for filing the Commissioner's response to Plaintiff's petition for approval of attorney's fees pursuant to 42 U.S.C. § 406(b)(1), up to and including November 20, 2013. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Defendant's Notice of Withdrawal; Parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Petition for Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1); No. 2:10-cv-01279-DAD

1

Respectfully submitted,

Date: *October 21, 2013*          /s/ Ana L. Molleda
                                  ANA L. MOLLEDA
                                  Attorney for Plaintiff

Date: *October 21, 2013*          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                   /s/ Timothy R. Bolin
                                  TIMOTHY R. BOLIN
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

**ORDER**

The Court acknowledges Defendant's notice of withdrawal and approves the parties' joint stipulation. Defendant's motion to stay (Doc. No. 33) is withdrawn, and the Court orders that Defendant's time for filing her response to Plaintiff's petition for approval of attorney's fees pursuant to 42 U.S.C. § 406(b)(1) is extended up to and including November 20, 2013.

**IT IS SO ORDERED**.

Dated: October 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\burton1279.stip.eot.docx

Defendant's Notice of Withdrawal; Parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Petition for Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1); No. 2:10-cv-01279-DAD

2